UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. ALLIANCE GROUP, INC.                                                CIVIL ACTION

VERSUS                                                                         NO. 21-1074

CARDTRONICS USA, INC.                                                SECTION "R" (2)

## JUDGMENT

Considering the Court's Order and Reasons on file herein,[1]

IT IS ORDERED ADJUDGED AND DECREED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __10th__ day of January, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 108.