UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. ALLIANCE GROUP, INC. | CIVIL ACTION |
| VERSUS | NO. 21-1074 |
| CARDTRONICS USA, INC. | SECTION "R" (2) |

# ORDER

On January 23, 2023, defendant Cardtronics USA, Inc. ("Cardtronics") filed a motion to recover attorneys' fees, court costs, and expenses pursuant to Louisiana law and a contract between Cardtronics and defendant U.S. Alliance Group ("USAG").[1]  Cardtronics seeks to recover $627,858.99 in attorneys' fees and $93,135.16 in expenses.[2]  USAG opposed the motion.[3] The motion was referred to Magistrate Judge Currault.[4]  Magistrate Judge Currault issued a Report and Recommendation ("R&R") in which she recommends that this Court grant in part and deny in part defendant's motion and award Cardtronics $317,441.25 in attorneys' fees and $93,135.16 in expenses.[5]

---

[1]   R. Doc. 110.
[2]   R. Doc. 110-1. at 9.
[3]   R. Doc. 113.
[4]   R. Doc. 122.
[5]   R. Doc. 124.

No party objected to the R&R. The Court thus reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Currault's R&R as its opinion.

Accordingly, the Court GRANTS IN PART AND DENIES IN PART defendant's Motion for Attorneys' Fees and awards Cardtronics $317,441.25 in attorneys' fees and $93,135.16 in expenses.

New Orleans, Louisiana, this __14th__ day of August, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE